# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA MAMIGONIAN | ) Case No: |
| PETITIONER, | ) |
| | ) |
| V. | ) **Order** |
| MICHAEL BIGGS, FIELD OFFICE DIRECTOR, | ) |
| CITZENSHIP IMMIGRATION SERVICES(CIS), | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| SACRAMENTO | ) |
| TIMOTHY AITKEN, FIELD OFFICE DIRECTOR, | ) |
| BUREAU OF IMMIGRATION AND CUSTOM | ) |
| ENFORCEMENT (ICE), DEPARTMENT OF | ) |
| HOMELAND SECURITY, SACRAMENTO, | ) |
| JOHN MORTON, DIRECTOR OF ICE | ) |
| ALEJANDRO AYORKAS, DIRECTOR OF CIS; | ) |
| JANET NAPOLITANO, SECRETARY OF THE | ) |
| UNITED STATES DEPARTMENT OF HOMELAND | ) |
| SECURITY; | ) |
| ERIC H. HOLDER JR., ATTORNEY GENERAL | ) |
| OFTHE UNITED STATES, | ) |
| Respondents | ) |
| | ) |

Upon Petitioner's Petition for Writ of Habeas Corpus,

**IT IS HEREBY ORDERED** that:

1.      The Court assume jurisdiction over this matter.

2.       DHS is enjoined from removing or deporting Ms. Mamigonian

3.     DHS is enjoined from denying Ms. Mamigonian's adjustment of status application for either of the two reasons Ms. Mamigonian's prior applications were previously wrongfully denied

4.     DHS is enjoined from taking Ms. Mamigonian back into custody

5.     We order DHS to approve Ms. Mamigonian's adjustment of status , and join in a motion to terminate her deportation case, within fifteen days unless DHS provides Ms. Mamigonian immediately with notice and an opportunity to resolve any other purported basis for denial

6.     DHS is ordered to issue a press release and formal retraction of its wrongful claim and press release that Ms. Mamigonian made a false claim to citizenship

7.     We award Ms.Mamigonian reasonable costs and attorney's fees

8.     Ms. Mamigonian is granted any other relief which this Court deems just and proper


_____
                                              UNITED STATES DISTRICT JUDGE


_____
          Date