INRE: Petition for Writ of Habeas Corpus
Silva Mamigonian

## PROOF OF SERVICE

I Brianne McLaughlin, currently employed in the Law Offices of Gittel Gordon, County of San Diego, State of California. I am over the age of eighteen (18) and a citizen of the United States. My business address is P.O. Box 950 La Jolla, California 92038.

On February 13, 2011, I submitted for filing at the United States District Court, Eastern District, 501 I Street, Suite 4-200, Sacramento, CA 95814

the following document(s) described as:
Petition for Writ of Habeas Corpus, Injunctive and Declaratory Relief, Mandamus and Temporary Restraining Order, Exhibits and declarations
and, I served the foregoing document(s) by Email and Certified mail to:

U.S. Attorneys Office
501 I Street, Suite 4-2000
Sacramento, CA 95814

and I served the foregoing document(s) on all interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope with FIRST CLASS postage thereon fully prepaid and causing to be mailed in the United States Mail at La Jolla, California addressed as follows:

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Office of Principal Legal Advisor
Immigration and Customs Enforcement (ICE)
U.S. Department of Homeland Security
500 12th Street, W
Washington, DC 20024

I placed such envelope with first class postage thereon fully prepaid in the United States mail at La Jolla, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

MAMIGONIAN: PETITION FOR WRIT OF HABEAS CORPUS, INJUNCTIVE AND DECLARATORY RELIEF,
MANDAMUS AND TEMPORARY RESTRAINING ORDER- 1

Executed on this 13th day of February, 2011 at La Jolla, California.

_____
Brianne McLaughlin