IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVA MAMIGONIAN,  )
                   )   2:11-cv-00404-GEB-DAD
          Petitioner, )
                   )
     v.            )   ORDER
                   )
MICHAEL BIGGS, et al., )
                   )
          Respondents. )
_____ )

The Petitioner filed a Motion for Temporary Restraining Order on February 14, 2011. The undersigned judge was not timely informed of this motion since the Clerk's Office failed to tell the undersigned judge's chambers of the pendency of Petitioner's motion, and the undersigned judge did not become aware of the motion until approximately noon today. An expedited briefing schedule follows. Respondents shall file a response to the motion no later than 11 a.m. on Wednesday February 16, 2011. Any reply to the response shall be filed by 2 p.m. on Wednesday February 16, 2011.

Dated: February 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge